UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | * | CRIMINAL NO. 14-0213 |
| VERSUS | * | JUDGE ROBERT G. JAMES |
| CASSANDRA D. ELLIS | * | MAG. JUDGE KAREN L. HAYES |

## J U D G M E N T

The Report and Recommendation of the Magistrate Judge, having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the District Court accepts the conditional guilty plea of the defendant, Cassandra D. Ellis, and adjudges her guilty of the offense charged in Count 1 of the indictment against her, reserving her right to appeal the adverse ruling on her motion to dismiss.

THUS DONE AND SIGNED in Chambers, this 12th day of February, 2015, at Monroe, Louisiana.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE